UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Cr. No. CR 08-3 ML |
| V. | : In violation of 26 U.S.C. § 7201 |
| | : |
| STEVEN DEFREITAS | : |

**INFORMATION**

The United States Attorney charges:

That during the calendar year 2002, the defendant, STEVEN DEFREITAS, a resident of East Providence, Rhode Island, had and received taxable income in the sum of $123,747.80; that upon said taxable income there was owing to the United States of America an income tax of $24,749.56; that well-knowing and believing the foregoing facts, the defendant, STEVEN DEFREITAS, on or about April 15, 2003, in the District of Rhode Island, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by establishing the company Metro Framing in the name of a nominee, by filing Form 941s (Quarterly Return of Withheld Taxes) with the Internal Revenue Service under the name of a nominee, by establishing bank accounts in the name of a nominee, by cashing checks payable to Metro Framing in amounts below $10,000, and by

establishing a mailbox for Metro Framing in the name of a nominee, all in violation of Title 26, United States Code, Section 7201.

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 1-16-08