O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
STEVEN DEFREITAS

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08-3ML

I, STEVEN DEFREITAS, the above named defendant, who is accused of

tax evasion

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Jan. 23, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Steven DeFreitas
Defendant

Edward C. Roy, Esq.
Counsel for Defendant

Before David L. Martin, USMJ
Judicial Officer