# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

STEVEN DEFREITAS

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 08-03ML

(Name and Address of Defendant)

STEVEN DEFREITAS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Wednesday, January 23, 2008 at 10:30 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 26 Section(s) 7201

Brief description of offense:

Tax Fraud

[signature]

Signature of Issuing Officer

January 17, 2008

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 1/23/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC Prov RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/23/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
2008 JAN 23 A 11:24
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND