UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-003 ML

STEVEN DeFREITAS :

**MOTION TO CONTINUE SENTENCING**

NOW comes the defendant, Steven DeFreitas, and, through counsel, requests that the court continue his sentencing for thirty days, to a date available in May of 2008, for sentencing. In support of this motion, defense counsel states that the office of the Federal Public Defender needs additional time to complete investigation of certain mitigating circumstances that would be relevant to the court's assessment of the various sentencing factors under 18 U.S.C. § 3553(a).

STEVEN DeFREITAS,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within to be served upon Andrew Reich, AUSA and on Heather McLoughlin, USPO on the 8th day of April, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire