UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-03 ML

STEVEN DeFREITAS :

DEFENDANT'S MOTION TO EXTEND SURRENDER DATE

______NOW comes the defendant, Steven DeFreitas, and moves that the court extend his voluntary surrender date from July 11, 2008 to July 25, 2008. The reason for this request is that the defendant needs to install a boiler in his mother's home and will need until July 25, 2008 to complete that repair and some additional repairs. Defense counsel has spoken with Andrew Reich, AUSA, who has no objection to this request.

STEVEN DeFREITAS,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Andrew Reich, AUSA by way of ECF case filing on the 27th day of June, 2008.

/s/ Edward C. Roy, Esquire